IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-2815-AP

CARL E. LOGAN, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

Defendant's Unopposed Motion to Remand (doc. #8), filed January 18, 2012, is **GRANTED**. This matter is **REMANDED** for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g),

DATED this 18th day of January, 2012.

                BY THE COURT:

                *s/ John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT