IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2815-AP**

**CARL E. LOGAN, JR.,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

        Defendant's Unopposed Motion for Entry of Judgment (doc. #10), filed December 11, 2013, is **GRANTED**. Judgment shall enter in favor of plaintiff pursuant to Fed. R. Civ. P. 58(b).

        Dated this 8th day of January, 2014.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          John L. Kane, Senior Judge
                                          United States District Court