# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02815-AP

CARL E. LOGAN, JR.

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(b) and the Order entered by Honorable John L. Kane, United States District Judge, on January 8, 2014,

IT IS ORDERED that the Defendant's Unopposed Motion for Entry of Judgment (Doc. 10) is GRANTED.

IT IS FURTHER ORDERED that Judgment is entered in favor of the Plaintiff pursuant to Fed. R. Civ. P. 58(b).

The plaintiff is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a bill of costs within 14 days of entry of judgment.

   Dated at Denver, Colorado this 9th day of January, 2014.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                                               s/M. Fields
                                               M. Fields
                                               Deputy Clerk